IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TAVIS D. DOYLE,

      Petitioner,

-vs-

UNITED STATES OF AMERICA,

      Respondent.                            No. 14-cv-364-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on May 4, 2015 (Doc. 31), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                  JUSTINE FLANAGAN,
                                  ACTING CLERK OF COURT


                          BY:  s/*Caitlin Fischer*
                                  **Deputy Clerk**

Dated: May 4, 2015

Digitally signed by David R. Herndon
Date: 2015.05.04 16:01:50 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT